# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Barbara Jean Ellis<br><br>Debtor(s) | Case No. 14-23730 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/26/2014.

2) The plan was confirmed on 10/07/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/12/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 10/02/2017.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $6,700.00.

10) Amount of unsecured claims discharged without payment: $145,329.80.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,200.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$7,200.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $321.59 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,821.59** |

Attorney fees paid and disclosed by debtor:     $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| APRIA HEALTHCARE | Unsecured | 500.00 | 982.92 | 982.92 | 30.52 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 2,620.00 | 3,143.40 | 3,143.40 | 97.59 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 9,544.00 | 11,092.91 | 11,092.91 | 344.39 | 0.00 |
| Cardiovascular Consultants LLC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery, Inc | Unsecured | 1,328.00 | NA | NA | 0.00 | 0.00 |
| CITY OF SPRINGFIELD | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,505.00 | 1,669.20 | 1,669.20 | 51.82 | 0.00 |
| DEBT RECOVERY SOLUTION | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 41,092.00 | 41,479.89 | 41,479.89 | 1,287.78 | 0.00 |
| FAMILY CHRISTIAN HEALTH CENTE | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Unsecured | 13,057.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 276.67 | 276.67 | 8.59 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| INGALLS FAMILY CARE CTR | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY MUTUAL | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV MED CENTER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MEA Sullivan | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| MEA Sullivan | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 672.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 7,244.00 | 9,745.25 | 9,745.25 | 302.55 | 0.00 |
| PRESENCE HEALTH | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 437.02 | 437.02 | 13.57 | 0.00 |
| PROFESSIONAL COLLECTION SVC | Unsecured | 2,240.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RMCB | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| SAINT LEO UNIVERSITY | Unsecured | 1,383.00 | 1,037.59 | 1,037.59 | 32.22 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 0.00 | 1,724.63 | 1,724.63 | 53.54 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 427.00 | 1,784.50 | 1,784.50 | 55.40 | 0.00 |
| SULLIVAN URGENT AID | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 158.00 | 158.72 | 158.72 | 4.93 | 0.00 |
| Unique National Collec | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 1,526.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | 80.00 | 55.00 | 55.00 | 1.71 | 0.00 |
| US BANK NA | Unsecured | NA | 80.00 | 80.00 | 2.48 | 0.00 |
| US BANK NA | Unsecured | NA | 269.87 | 269.87 | 8.38 | 0.00 |
| US BANK NA | Unsecured | NA | 29.34 | 29.34 | 0.91 | 0.00 |
| US CELLULAR | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 4,313.00 | 16,817.35 | 16,817.35 | 522.11 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 1,017.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 1,229.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 3,290.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 2,666.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 2,627.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 2,228.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 4,580.00 | 4,777.95 | 4,777.95 | 148.34 | 0.00 |
| VILLAGE OF WORTH | Unsecured | 200.00 | 200.00 | 200.00 | 6.21 | 0.00 |
| Vision Financial | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| WATER STREET FINANCIAL | Unsecured | 0.00 | 13,057.00 | 13,057.00 | 405.37 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$108,819.21** | **$3,378.41** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,821.59 |
| Disbursements to Creditors | $3,378.41 |
| **TOTAL DISBURSEMENTS** : | **$7,200.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/07/2018          By: /s/ Tom Vaughn
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**